# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHANETTE JENKINS-PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br><br>    Defendant. | No. 2:25-cv-02207-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 2), filed February 24, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Dismissing Complaint (ECF No. 9), filed August 11, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 11, 2025
Date